UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BRENT A.ROWAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:12-cv-2469-JTF-dkv |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This action came to the consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal Without Prejudice entered on October 23, 2012, this matter is hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b).

**APPROVED:**

*/s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge

October 23, 2012                                                                   /s/Thomas M. Gould
Date                                                                                         Clerk of Court

                                                                                              /s/ Erica M. Evans
                                                                                              (By)  Deputy Clerk